# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 27, 2023

Terry Garnto
Everglades CI - Inmate Legal Mail
1599 SW 187TH AVE
MIAMI, FL 33194

Appeal Number: 22-11558-HH
Case Style: Terry Garnto v. Secretary, Florida Department of Corrections
District Court Docket No: 2:22-cv-00179-JES-MRM

## NO ACTION / DEFICIENCY NOTICE

No action will be taken on Motion for extension to file appellant brief [9856416-2]. The referenced filing from Appellant Terry Garnto is deficient for failure to comply with this Court's rules on Certificates of Interested Persons and Corporate Disclosure Statements

**No deadlines will be extended** as a result of your deficient filing.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")

You failed to comply with the CIP rules by:

- not including a CIP in your filing. See 11th Cir. R. 26.1-1(a)(1).

## ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information             404-335-6100
New / Before Briefing Cases     404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument     404-335-6141
Capital Cases                   404-335-6200
Attorney Admissions             404-335-6122
CM/ECF Help Desk                404-335-6125

Notice No Action Taken