# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11558

_____

TERRY L. GARNTO,

                                              Petitioner-Appellant,

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

                                              Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:22-cv-00179-JES-MRM

_____

Before: Branch, and Lagoa, Circuit Judges.

BY THE COURT:

   The motion to reinstate filed by the Appellant(s) is hereby DENIED.